UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEEM MIRZA,<br><br>        Plaintiff,<br><br>    v.<br><br>MCROBERTS PROTECTIVE<br>AGENCY, INC.,<br><br>        Defendant. | No. CV 14-2356 SJO (FFMx)<br><br>ORDER GRANTING MOTIONS TO COMPEL |

    On August 12, 2014, plaintiff filed motions to compel further responses to plaintiff's interrogatories and requests for production. On September 9, 2014, the Court heard oral argument on the motions. After taking the motions under submission, the Court now grants the motions as follows:

    (1) Requests for Production of Documents

    The Court grants the motion with respect to request nos. 11-15, 18, 21, 22, 25, 29, 32, 36 and 39. With respect to request nos. 20 and 26, the Court grants the motion to the extent these requests seek documents regarding decisions made on a company-wide basis, as opposed to a decision made with respect to an individual guard. The motion is denied as to request nos. 23 and 24.

    Request nos. 16, 17, 27, 28, 30, 31, 33, 34 and 35 all seek employment information regarding individual guards. Given the number of guards involved (in excess of 1,500) and the privacy concerns raised by defendant, the Court finds it appropriate to require the

production of responsive documents only with respect to guards who have been given notice and an opportunity to object to the disclosure of their information. The Court further finds that the notice should be worded neutrally. Therefore, the parties are ordered to meet and confer and to agree upon an appropriately worded notice. The notice should provide the guards with a reasonable amount of time to assert any objections. Once the time period for objections has expired, defendant is ordered to produce responsive documents with respect to all the guards who did not object. Plaintiff is ordered to pay the costs of mailing the notice.

      (2) Interrogatories

      The Court grants the motion as to interrogatories nos. 1-4, 5 (except as to email addresses), 7-9, and 11-14. The motion is denied as to interrogatory no. 6.

      Defendant is to provide the responses required by this order within 21 days.

      IT IS SO ORDERED.

DATED: September 12, 2014

                                                      /S/ FREDERICK F. MUMM
                                                      FREDERICK F. MUMM
                                            United States Magistrate Judge