KAWAHITO, SHRAGA & WESTRICK LLP
SHAWN C. WESTRICK (BAR NO. 235313)
MEGAN KNIZE (BAR NO. 257970)
1990 S. Bundy Dr., Suite 280
Los Angeles, California 90025
Telephone: (310) 746-5300
Facsimile: (310) 593-2520
E-Mail:   swestrick@kswlawyers.com
          mknize@kswlawyers.com

Attorneys for Plaintiff
MIRZA and CLASS MEMBERS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NADEEM MIRZA, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCROBERTS PROTECTIVE AGENCY, INC. a New York Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  2:14-cv-2356 SJO (FFM)<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT**<br><br>[filed concurrently with the Memorandum of Points & Authorities and Declaration of Shawn Westrick; [Proposed] Order lodged]<br><br>Date:     April 20, 2015<br>Time:     10:00 a.m.<br>Place:    Courtroom 1 |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** that on April 20, 2015 at 10:00 a.m. in Courtroom 1 of the above-captioned court, which is located at 312 North Spring Street, Los Angeles, California 90012, Plaintiff Nadeem Mirza ("Plaintiff") will, and hereby does, move for an order granting preliminary approval of a class action settlement.

Plaintiff hereby moves this Court for entry of the Order, lodged concurrently herewith:

1) Preliminarily approving the Joint Stipulation of Class Action Settlement ("Settlement Agreement"), filed concurrently herewith;
2) Preliminarily certifying, for purposes of settlement only, the class as defined in the Settlement Agreement;
3) Holding that the procedures for notifying the Class about the settlement as described in the Settlement Agreement provide the best notice practicable under the circumstances and therefore meet the requirements of due process and directing mailing of the Class Notice;
4) Preliminarily appointing Plaintiff Nadeem Mirza as Class Representative;
5) Preliminarily appointing Kawahito Shraga and Westrick LLP as Class Counsel;
6) Preliminarily approving the payment of a service award of $5,000 to Plaintiff Nadeem Mirza;
7) Preliminarily approving the payment of attorneys' fees and litigation costs to Class Counsel; and
8) Preliminarily appointing CPT Group, Inc. as the Claims Administrator;
9) Approving the timing for claims set forth in the Settlement Agreement and setting a date for the Final Fairness Hearing.

-1-

1     This Motion will be based upon this Notice, the Joint Memorandum of Points
2 and Authorities, the Declaration of Shawn C. Westrick, the Proposed Order, the
3 pleadings and papers on file herein, and upon any other matters that may be
4 presented to this Court at the hearing.  This Motion is unopposed by Defendant.

Dated: March 21, 2015          By:   /s/ Shawn Westrick
                                                                          SHAWN WESTRICK
                                                                          KAWAHITO SHRAGA & WESTRICK LLP
                                                                          Attorneys for Plaintiffs/Class Members