FILED
CLERK, U.S. DISTRICT COURT

January 24, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEEM MIRZA, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MCROBERTS PROTECTIVE AGENCY, INC., a New York corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-cv-2356 SJO (FFM)<br><br>[Assigned to the Hon. S. James Otero]<br><br>**ORDER AMENDING JUDGMENT** |

# ORDER

This Court has considered the parties' Joint Stipulation to Amend this Court's Judgment entered on November 30, 2015.

**IT IS HEREBY ORDERED THAT:**

The payment schedule shall be modified as follows:

1. The Maximum Settlement Amount shall remain $550,000, payable as follows:

    Net Settlement Fund for Participating Class Members: $358,750

    Plaintiff's Attorney's Fees: $137,500

    Plaintiff's Attorney's Costs: $10,000

    Enhancement to Nadeem Mirza: $5,000

    Administration Costs: $25,000

    Payment to the California Labor and Workforce Development: $3,750

2. Defendant shall make payments of $1,000 per month until the Maximum Settlement Amount is fully funded.

3. Defendant shall fully fund the Maximum Settlement no later than September 1, 2016.

4. Defendant, at its own cost, through the Claims Administrator, send a Notice to Class Members informing them that they shall receive money in one payment in September 2016, instead of the previously agreed upon three payments from 2015 through 2017. The Notice will be approved by Class Counsel prior to being sent to Class Members.

Dated:  January 24, 2016

*S. James Otero*
_____
S. James Otero
United States District Judge